PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

NULL, JAMES MICHAEL #02345161
Plaintiff's Name and ID Number

J.B. WHEELER UNIT OF THE T.D.C.J.
986 CORDAVA, Plainview, Tx. 79072
Place of Confinement

CASE NO. 1:22-cv-044-H
(Clerk will assign the number)

v.

TAYLOR COUNTY, TEXAS - A MUNICIPALITY
Defendant's Name and Address

TAYLOR COUNTY SHERIFF RICKY BISHOP
910 South 27th St., Abilene, Tx., 79601
Defendant's Name and Address

See "Attachment 'A'": Section IV, pp. 8, 9
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES __ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: April 15, 2009
   2. Parties to previous lawsuit:
      Plaintiff(s) See "Attachment 'A'": Section I., pp. 3, 4
      Defendant(s) "      "      "      "      "      "      "
   3. Court: (If federal, name the district; if state, name the county.) (Same as above)
   4. Cause number: 5:09-CV-00081
   5. Name of judge to whom case was assigned: Magistrate Judge Nancy Koenig
   6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed w/ prejudice
   7. Approximate date of disposition: October 29, 2010

II. PLACE OF PRESENT CONFINEMENT: Texas Department of Criminal Justice - C.I.D., J.B. Wheeler Unit, 986 Co. Rd. AA, Plainview, Tx., 79072

III. EXHAUSTION OF GRIEVANCE PROCEDURES: (See Attachment "A", Section III., pp 4-7)

Have you exhausted all steps of the institutional grievance procedure?   X YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
   A. Name and address of plaintiff: James Michael Null c/o J.B. Wheeler Unit, 986 Co. Rd. AA, Plainview, Tx, 79072

   B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

   Defendant #1: The Municipality of Taylor County, Texas Courthouse, 300 Oak St., Ste 400, Abilene, Texas, 79601
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   (See "Attachment 'A'", Section V., pp. 9-42 [inc. by reference])

   Defendant #2: Taylor County Sheriff Ricky Bishop, 910 South 27th St., Abilene, Tx. 79601; Taylor County Jail
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   (See "Attachment 'A'"; Section V., pp 10-16 [inc. by reference])

   Defendant #3: Taylor County Jail - Nurse Tami, 910 South 27th St., Abilene, Tx. 79601
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   (See "Attachment 'A'"; Section V., pp 17-19 [inc. by reference])

   Defendant #4: Taylor County Jail - Physician's Assistant Shannon, 910 South 27th St., Abilene, Tx. 79601
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   (See "Attachment 'A'"; Section V., pp. 19-30 [inc. by reference])

   Defendant #5: Taylor County Jail - Jail Navigator Kelly, 910 South 27th St., Abilene, Tx., 79601
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   (See "Attachment 'A'"; Section V., pp. 30-39 [inc. by reference])

   Defendant #6: Taylor County Jail - Grievance Dept. Supervisor Sergeant K. Henry located at 910 South 27th St., Abilene, Tx., 79601
   (See "Attachment 'A'"; Section V., pp. 39-42 [inc. by reference])

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(See "Attachment" "A", Sections IV. "Statement of Claim" and V. "Facts", pp. 9-9, [incorporated by reference]

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages for spinal and knee surgeries to non-exhaustively include all costs incurred for one (1) year, (loose approximation of $400,000.00) and Punitive Damages awarded against all applicable defendants in an amount determined by Jury.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

James Michael Null

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

00628,794; (T.D.C.J. Classification refuses to provide second of three T.D.C.J. ID numbers); Current number: 02245166

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): Not Applicable
  2. Case number: Not Applicable
  3. Approximate date sanctions were imposed: Not Applicable
  4. Have the sanctions been lifted or otherwise satisfied? Not Applicable  ~~YES~~ / ~~NO~~

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES  X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): Not Applicable
   2. Case number: Not Applicable
   3. Approximate date warning was issued: Not Applicable

Executed on: April 09, 2022
             DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   Ninth   day of   April  , 20 22 .
              (Day)              (month)        (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

United States District Court
Northern District of Texas
Abilene Division

## Verification of Date of Mailing

I, James Michael Null, [Plaintiff/Declarant], in accordance with 28 U.S.C. § 1746 and under penalty of perjury, do declare that the aforegoing 42 U.S.C. § 1983 form complaints, "Attachment A" and Exhibits in support, in entirety, was Placed into the mailing system on the below described date as provided by the prison authorities of the T.D.C.J.-J.B. Wheeler Unit located at 986 Co. Rd. AA, Plainview, Tx., 79072.

Signed this ____ day of April in the year 2022.

James Michael Null
James Michael Null

United States District Court
341 Pine Street, Room 2008
Abilene, Tx. 79603

April 12, 2022

Re: Title 42 U.S.C. § 1983 / Request for Permission to Submit Subsequently obtained Exhibits / Medical Records.

Your Honor:

My name is James M. Mull. Foremost, I would like to apologize for any un-necessary length in the hand-written Pleadings, (Attachment "A"). There is no question in my mind as to the value of your time; I would ask that it be taken into consideration that I have pitifully little access to a law library and by no means adequate. Therefore, having had no idea as to the requisites of more in-depth Pleadings, I did the best I could.

However, enough "homework", (it is hoped), has been accomplished so as to reduce the potential for wasting your time. Having been confined in the Taylor County Jail for a little over one (1) year, during the Covid-19 crisis and having experienced some of the events during that time, it quickly became apparent that a thorough journaling would be in order.

In the interest of your time, some of the claims, supporting facts and exhibits have been listed below for your initial review:

A.) Defendant Shannon (Attachment "A")
   (1.) Section V, subsection (C.) (9, 11-14 and 16); pp 20-28.
   (2.) Section VI "Facts": Paragraphs: 31-36, 44, 59, 65-67, 69, 72, 73, 78, 80-82, 93, 98, 102, 105, 109-111 and 114.
   (3.) Exhibits: 12, 13, 17-19, 39 and 42

Page 1 of 2

B.) Defendant Kelly ( Attachment "A" )

(1.) Section I., subsection (D.), pages 30-38 with particular emphasis toward paragraph 20.)(D.)(a.)(3.) pages 33-35 as a non-exhaustive summarization.

(2.) Section II. "Facts"; paragraphs 32, 68-74, 77, 95, 103.

(3.) Exhibits: 14, 15, 16 (H, L), 24 and 26

C.) Miscellaneous "Facts" and Exhibits

(1.) "Facts"; paragraphs: 38, 39, 46, 48 and 51.

(2.) "Exhibits: 4, 4A and 37

In closing, due to being recently denied notary services by this law library for purposes of appointing an attorney-in-fact, (i.e. Robert Christian Alborado of 1474 Yorktown Dr. in Abilene, Tx.), so as to obtain Exhibits: 9, 10, 13, 29 and 40, (i.e. medical records), alternate means have been achieved. Medical records will be received, however, subsequent to this original/initial filing. It is, therefore, respectfully requested that those "exhibits" be allowed into the record once they have been sent to this court.

I thank you and once again apologize for the shortcomings.

Respectfully,

James Michael Null
James Michael Null / Plaintiff

Page 2 of 2

United States District Court
Attn.: Court Clerk
341 Pine St., Rm 208
Abilene, Tx. 79601

April 12, 2022

Re: 42 U.S.C. §1983 Civil Action / James Michael Null, TDCJ.# 2345161

RECEIVED
APR 21 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Dear Clerk:

Enclosed, please find the following:

(1.) Two, (2), form "Prisoners Civil Rights Complaint(s)",
(2.) One, (1), "Attachment A": handwritten Sections V: "Statement of Claim" and VI. "Facts" - "42 U.S.C. §1983 Complaint", (verified),
(3.) One, (1), form "Application to Proceed In Forma Pauperis",
(4.) Six, (6), handwritten court summons,
(5.) One, (1), "Index" to "Attachment A",
(6.) One "Appendix/Exhibits" (41 total enumerated), (#32 void),
(7.) One, (1), "Copy" of page 1 of "Prisoners Civil Rights Complaint",
(8.) One, (1), letter to the Judge of the Court,
(9.) One, (1), T.D.C.J. "Inmate Trust Fund" 6-month history, and
(10.) One, (1), S.A.S.E., and 11.) "Verification of Date of Mailing"

It is respectfully requested that the above listed be "filed", as appropriate, and presented to the Court for consideration. It also requested that the "copy" of page 1 of the form complaint, (i.e. article no. 7, above), be date-stamped as "filed" and returned in the S.A.S.E provided for your convenience.

Your time and assistance is truly appreciated.

P.S. In the event the necessity should arise and for purposes of appeal(s), what is the cost for "forwarding the record" to a Federal appellate court?
Thank you!

Respectfully,
James M. Null
04-12-2022

1 of 1

