IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JAMES NULL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:22-CV-00044-BU |
| THE MUNICIPALITY OF TAYLOR COUNTY TEXAS, *et al.*, | § § § § | |
| Defendants. | § § § | |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff James Null's Second Amended Complaint, and all claims alleged therein, are DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to pay the filing fee and failure to comply with a court order.

ORDERED this 2nd day of April 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE